IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CALVIN DEMONTE TOLBERT,

      Appellant,

 v.
                            Case No.  5D22-984
                            LT Case No. 2015-CF-1324-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 12, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Bob Leblanc, Judge.

Calvin D. Tolbert, Live Oak, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson
Hall, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.